UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH LAHOUD, | : | CIVIL ACTION NO: |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CELLEBRITE INC., | : | |
| Defendant. | : | SEPTEMBER 11, 2023 |

**DEFENDANT CELLEBRITE INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Standing Order on Removed Cases to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Cellebrite Inc., hereby certifies the following:

1. Cellebrite Inc. is a foreign corporation, incorporated under the laws of Delaware with a principal place of business in Parsippany, New Jersey.

2. Upon information and belief, Plaintiff is, and was at all relevant times, a citizen of Connecticut.

3. Cellebrite Inc., is wholly owned by Cellebrite DI Ltd., a company organized under the laws of Israel. Cellebrite Inc. is a publicly traded company on the U.S. Stock Exchange. Sun Corporation, a publicly traded company on the Japanese Stock Exchange, owns 10% or more of its stock.

Defendant will supplement this Statement within a reasonable time if there is any change in the above information.

                              **DEFENDANT,**
                              **CELLEBRITE INC.**

By:    */s/ James F. Shea*
          James F. Shea (ct16750)
          James.Shea@jacksonlewis.com
          Jessica L. Draper (ct30291)
          Jessica.Draper@jacksonlewis.com
          Jackson Lewis P.C.
          90 State House Square, 8th Floor
          Hartford, CT 06103
          P: (860) 522-0404
          F: (860) 247-1330

## **CERTIFICATION OF SERVICE**

I hereby certify that on September 11, 2023, a copy of foregoing was served by electronic mail on Plaintiff's counsel of record:

>Michael C. McMinn
>The McMinn Employment Law Firm, LLC
>1000 Lafayette Blvd., Suite 1100
>Bridgeport, CT 06604
>michael@mcminnemploymentlaw.com

>*/s/ James F. Shea*
>James F. Shea